1  DAN SIEGEL, SBN 56400
   JANE BRUNNER, SBN 135422
2  KEVIN BRUNNER, SBN 271510
   SIEGEL & YEE
3  499 14th Street, Suite 300
4  Oakland, California 94612
   Telephone: (510) 839-1200
5  Facsimile: (510) 444-6698

6
   Attorneys for Plaintiffs
7
   Cathy L. Arias, State Bar No. 141989
8  Brendan M. Brownfield, State Bar No. 266114
   BURNHAM BROWN
9  A Professional Law Corporation
10 P.O. Box 119
   Oakland, California 94604
11 ---
   1901 Harrison Street, 14th Floor
12 Oakland, California  94612
13 Telephone:   (510) 444-6800
   Facsimile:    (510) 835-6666
14 carias@burnhambrown.com
15 bbrownfield@burnhambrown.com

16 Attorneys for Defendant
   BOARD OF TRUSTEES OF
17 THE CALIFORNIA STATE UNIVERSITY

18              **UNITED STATES DISTRICT COURT**
19
20              **NORTHERN DISTRICT OF CALIFORNIA**

21
22 MICHAEL SANTOS, AIDONG HU,           )
   VINCENT RICHMAN and ZACHARY          )  CASE No. 3:15-CV-04640-WHA
23 WONG,                                )
                                        )  ~~STIPULATION AND [PROPOSED]~~
24          Plaintiffs,                 )  **ORDER FOR DISMISSAL OF ACTION**
        vs.                             )
25                                      )  Complaint Filed: October 7, 2015
   BOARD OF TRUSTEES OF THE             )
26 CALIFORNIA STATE UNIVERSITY,         )
                                        )
27          Defendant.                  )
28 _____ )

---

*Santos v. Board of Trustees,* No. 3:15-CV-04640WHA
~~STIPULATION AND [PROPOSED]~~ ORDER FOR DISMISSAL OF ACTION 1

It is hereby stipulated and agreed by and between Plaintiffs MICHAEL SANTOS, AIDONG HU, VINCENT RICHMAN and ZACHARY WONG and Defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, by and through their undersigned counsel, that this action be dismissed, with prejudice, with each side to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff's counsel has authorized the filing of this stipulation with her electronic signature.

**IT IS SO STIPULATED.**

Dated: November 7, 2016          SIEGEL & YEE

                                 By:         /s/
                                        Jane Brunner

                                 Attorneys for Plaintiffs
                                 MICHAEL SANTOS, AIDONG HU,
                                 VINCENT RICHMAN and ZACHARY
                                 WONG

Date: November 7, 2016           BURNHAM BROWN
                                 A Professional Law Cooperation


                                 By:         /s/
                                        Brendan M. Brownfield

                                 Attorneys for Defendant
                                 BOARD OF TRUSTEES OF THE
                                 CALIFORNIA STATE UNIVERSITY

## ORDER

**IT IS SO ORDERED.**   The Clerk shall please CLOSE THE FILE.

Date: November 7, 2016.          _____
                                 United States District Court Judge
                                 Northern District of California

---

*Santos v. Board of Trustees,* No. 3:15-CV-04640WHA
~~STIPULATION AND [PROPOSED]~~ ORDER FOR DISMISSAL OF ACTION  2